UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EVEREGE VERNOR DICKENS,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL DEVEREAUX,<br><br>Defendant. | Case No. 22-cv-13053<br>Honorable F. Kay Behm<br>Magistrate Judge Elizabeth A. Stafford |

### ORDER GRANTING DEFENDANT'S
### MOTION TO TAKE PLAINTIFF'S DEPOSITION
### (ECF NO. 47)

Plaintiff Everege Vernor Dickens, a pro se prisoner, filed this civil rights action under 42 U.S.C. § 1983 based alleged violations of his constitutional rights. ECF No. 1. The Honorable F. Kay Behm referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 44. Defendant Daniel Devereaux moves for leave to depose Dickens under Federal Rule of Civil Procedure 30(a)(2)(B). ECF No. 47.

Under Rule 30(a)(2), a party must obtain leave of the court to depose a person who is confined in prison, and the court must grant such leave when it is consistent with the scope and limits of discovery set forth in Rule 26(b)(2). The requirements of Rule 30(a)(2) are satisfied. Dickens is

currently incarcerated at the Chippewa Correctional Facility, and Devereaux's request to depose him aligns with Rule 26(b).  Devereaux's motion for leave to depose Dickens is **GRANTED**.

s/Elizabeth A. Stafford<br>ELIZABETH A. STAFFORD<br>United States Magistrate Judge

Dated: January 12, 2026


### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 12, 2026.

s/Davon Allen<br>DAVON ALLEN<br>Case Manager